IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION



ROBERT HOOKER,

    Plaintiff,

v.

SOUTHERN ENERGY HOMES, INC.,

    Defendant.

CIVIL ACTION NO.
03-AR-1590-J

**ENTERED**
AUG 31 2004

**MEMORANDUM OPINION**

This court has personal familiarity with *Chandler v. Samford University*, 35 F. Supp. 2d 861 (N.D. Alabama 1999), and *Burnes v. Pemco Aeroplex, Inc.*, 291 F. 3d 1282 (11th Cir. 2002), both of which cause are cited by defendant, Southern Energy Homes, Inc., in support of its motion for summary judgment based on the failure of plaintiff, Robert Hooker, to list the cause of action he here brought against Southern Energy Homes, Inc. as an asset in his Chapter 7 bankruptcy case. The submission order required plaintiff to respond to defendant's Rule 56 motion by August 30, 2004. Instead of filing a brief containing legal argument or attempting to demonstrate the existence of disputed issues of material fact, plaintiff on August 30, 2004, the last day, filed a motion to stay consideration of defendant's Rule 56 motion. This is a concession of the merits of defendant's motion. Plaintiff's motion for a stay does not even suggest a deadline for the Trustee in plaintiff's closed bankruptcy case to complete his evaluation of the question,



and, if he decides to do so, to seek a reopening of the bankruptcy proceeding in which this case would be an asset of the estate, and after which the Trustee would have to be substituted as the plaintiff in this case. There is no excuse shown for plaintiff's failure to list this asset, and the motion for a stay comes too late.

    A separate appropriate order will be entered.

    DONE this 31st day of August, 2004.

                                           WILLIAM M. ACKER, JR.
                                           UNITED STATES DISTRICT JUDGE